EDMUND G. BROWN JR.
Attorney General of California
KARIN S. SCHWARTZ
Supervising Deputy Attorney General
JOSHUA N. SONDHEIMER
Deputy Attorney General
State Bar No. 152000
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5615
  Fax:  (415) 703-5480
  E-mail:  Joshua.Sondheimer@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **EVELYN PUTZ, et. al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CV 10-00344 CW<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SUBMIT SUPPLEMENTARY REQUEST FOR JUDICIAL NOTICE**<br><br>Trial Date     Not yet assigned<br>Action Filed:  January 25, 2010 |

Pursuant to Local Rules 7-3(d) and 7-11, defendants' request for approval to submit supplementary material for judicial notice is GRANTED. The material shall be deemed submitted for the Court's consideration in connection with defendant's opposition to plaintiffs' pending motion for preliminary injunction and defendant's pending motion to dismiss.

Dated: May 4, 2010

_____
CLAUDIA WILKEN
Judge of the United States District Court,
Northern District of California

SF2010400251
20269901.doc

1